1  Edwin Aiwazian (Cal. State Bar No. 232943)
     *edwin@calljustice.com*
2  Arby Aiwazian (Cal. State Bar No. 269827)
     *arby@calljustice.com*
3  Daniel J. Kramer (Cal. State Bar No. 314625)
     *daniel@calljustice.com*
4  **LAWYERS *for* JUSTICE, PC**
   410 West Arden Avenue, Suite 203
5  Glendale, California 91203
   Telephone:  (818) 265-1020
6  Facsimile:  (818) 265-1021

7  *Attorneys for* Plaintiff LEE CROCITTO

8  Michael S. Chamberlin (Cal. State Bar No. 175427)
   mchamberlin@bakerlaw.com
9  Margaret Rosenthal (Cal. State Bar No. 147501)
   mrosenthal@bakerlaw.com
10 Nicholas D. Poper (Cal. State Bar No. 293900)
   npoper@bakerlaw.com
11 Matthew J. Goodman (Cal. State Bar No. 316286)
   mgoodman@bakerlaw.com
12 **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
13 Los Angeles, CA 90025-0509
   Telephone: (310) 820-8800
14 Facsimile: (310) 820-8859

15 *Attorneys for* Defendant
   SENTINEL TRANSPORTATION, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE CROCITTO, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL TRANSPORTATION, LLC, unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 2:21-cv-04648-MEMF-PVC<br><br>Honorable Percy Anderson, Crtm. 9A<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  April 7, 2021<br>FAC Filed:  July 13, 2021<br>Trial Date:  None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lee Crocitto ("Plaintiff") and Defendant Sentinel Transportation, LLC ("Defendant") (Plaintiff and Defendant shall be referred to collectively herein as "the Parties"), by and through their respective undersigned counsel, hereby dismiss this action without prejudice and without court order pursuant to this stipulation signed by all parties who have appeared (the "Stipulation"), as described below:

**WHEREAS**, on April 7, 2021, Plaintiff, individually, and on behalf of other members of the public similarly situated, filed a wage and hour class action lawsuit in the Superior Court of California, County of Los Angeles against Defendants (the "Action");

**WHEREAS**, on June 7, 2021, Defendants removed this case to the United States District Court for the Central District of California, where the case is assigned as 2:21-cv-04648-PA-PVCx;

**WHEREAS,** on July 13, 2021, Plaintiff filed a First Amended Class Action Complaint for Damages;

**WHEREAS**, the Parties desire to settle, fully and finally, all claims Plaintiff individually might have against Defendant;

**WHEREAS**, after meeting and confer discussions between the Parties, Plaintiff agreed to settle his individual claims with Defendants for a monetary settlement in exchange for an agreement to a general release of all individual claims, waiver of California Civil Code section 1542, non-disparagement, and confidentiality;

**WHEREAS**, under the settlement, Plaintiff is receiving monetary payment for dismissal of his individual claims and Plaintiff's counsel is receiving monetary payment for attorneys' fees and costs associated with Plaintiff's individual claims, and no consideration has been provided to Plaintiff or Plaintiff's Counsel, including any fees or costs, for dismissing the class claims without prejudice;

**WHEREAS,** no class has been certified in this Action, no notice has been

individually sent to putative class members in this Action, and none of the putative class members should be prejudiced in any way by dismissal of the class claims without prejudice, in the absence of notice;

**WHEREFORE**, Plaintiff and Defendants, all by and through their respective counsel, hereby stipulate that Plaintiff's individual claims be dismissed with prejudice and the class claims be dismissed without prejudice;

**WHEREFORE, ADDITIONALLY,** each Party shall bear its own fees and costs.

**IT IS SO STIPULATED**

Respectfully submitted,

Date: February 14, 2022  **LAWYERS *for* JUSTICE, PC**

BY: /s/ Daniel J. Kramer
Daniel J. Kramer
Attorneys *for* Plaintiff

Date: February 14, 2022  **BAKER & HOSTETLER LLP**

BY: /s/ Matthew J. Goodman
Matthew J. Goodman
Attorneys *for* Defendants

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.